PAUL G. GRAVENHORST v. TEXAS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM D. MARVIN v. NEW TRINIDAD LAKE ASPHALT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ABRAHAM GORBMAN v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

NATIONAL SURETY COMPANY v. WILLIAM H. SEAICH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ATLANTIC COMMUNICATION COMPANY v. LEOPOLD L. ZIMMERMAN.— Motion for reargument denied; motion for resettlement granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

CHARLES N. BRIZSE v. FREDERICK J. LISMAN and Others.— Motion for stay of trial pending appeal from order denying motion for judgment on the pleadings granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

CORA B. RUTHERFORD v. BROWN BROTHERS, INC. CORA B. RUTHERFORD v. BROWN BROTHERS, INC.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ENEA SIVELLI v. NEW RIVER COAL COMPANY.— Order directed in accordance with stipulation submitted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOSEPH A. MACKNIGHT v. WILLIAM PATTEN.— Motion granted on conditions stated in memorandum; otherwise denied. Memorandum *per curiam*. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

PAUL G. GRAVENHORST v. TEXAS COMPANY.— Motion to vacate stay pending application for leave to go to the Court of Appeals denied. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of JANE E. BARNEY, Deceased.— Motion for preference denied. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

INSA R. MEISEL v. CENTRAL TRUST COMPANY.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of MOSES A. SACHS.— Application for reinstatement granted. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOEL NOBLE HAYES, Respondent, v. CHARLES H. WELLING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOEL NOBLE HAYES, Appellant, v. CHARLES H. WELLING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.